UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **ERIC FLORES,** )<br>         **PETITIONER** )<br> ) | |
| **v.** ) | **CIVIL NO. 2:13-CV-325-DBH** |
| ) | |
| **UNITED STATES ATTORNEY** )<br>**GENERAL, ET AL.,** )<br>         **RESPONDENTS** ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On August 27, 2013, the United States Magistrate Judge filed with the court, with a copy to the petitioner, her Recommended Decision. The court's mailing to the petitioner at the address listed in his petition was returned by the United States Postal Service as undeliverable on September 10, 2013, and the court resent the mailing to the petitioner at General Delivery, 8401 Boeing Drive, El Paso, TX 79910 on the same date. The time within which to file objections was extended to September 23, 2013, and no objection has been filed.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petition is summarily **DISMISSED**.

In her Recommended Decision, the Magistrate Judge put the petitioner Eric Flores, acting *pro se*, on notice that filing restrictions might be in the offing for frivolous litigation and listed the petitioner's previous filings in this Court.

I now find that Eric Flores is a vexatious litigant who has abused his right to access to this Court by continuing to pursue groundless litigation. "A

part of the Court's responsibility is to see that the Court's limited resources are allocated in a way that promotes the interest of justice. The continual processing of petitioner's frivolous filings does not promote that end." In re McDonald, 489 U.S. 180, 184 (1989). An injunction is therefore appropriate under 28 U.S.C. § 1651(a), which gives courts authority to prohibit the filing of frivolous and vexatious lawsuits. Castro v. United States, 775 F.2d 399, 408 (1st Cir. 1985).

**NOW THEREFORE:**

Eric Flores is **ENJOINED** from making further filings without prior leave of Court. The Clerk of this Court is directed to refuse to receive, file, or docket, without a prior order of this Court, any such paper submitted by or on behalf of Eric Flores (other than a timely notice of appeal from this Order to the United States Court of Appeals for the First Circuit).

If Eric Flores wishes to appeal this Order, he shall file a paper notice of appeal with the Clerk's Office of this Court within the time allowed by the Federal Rules of Appellate Procedure.

The United States Marshal is directed to serve an attested copy of this Order upon Eric Flores personally immediately.

**SO ORDERED.**

**DATED THIS 26TH DAY OF SEPTEMBER, 2013**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**